# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

IN RE: §
 §
RICHARD M HANEY § CASE NO. SA10-27347-RNK
 § CHAPTER 13
 §
 § JUDGE ROBERT N. KWAN

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing LP**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 5250-N-5756
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Litton Loan Servicing LP

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 21, 2010:

**Debtors' Attorney**
Gary L Harre
Global Capital Law Pc
17111 Beach Blvd Ste 100
Huntington Beach, CA  92647

**Chapter 13 Trustee**
Rodney A. Danielson
4361 Latham Street, Suite 270
Riverside, California 92501

**U.S. Trustee**
Office of the US Trustee
411 West 4th Street, Suite 9041
Santa Ana, California 92701

      /s/ Joe M. Lozano, Jr.

      Joe M. Lozano, Jr.

5250-N-5756
noaelect