FILED & ENTERED

MAR 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**RICHARD M HANEY**<br><br><br>Debtor(s). | Case No. 8:10-bk-27347-RK<br><br>Chapter 7<br><br>**ORDER VACATING HEARING AND DENYING WITHOUT PREJUDICE MOTION FOR SETTING PROPERTY VALUE**<br>Date:    March 10, 2011<br>Time:   2:30 p.m.<br>Place:  Courtroom 5D<br>           411 W Fourth Street<br>           Santa Ana CA  92701 |

The court vacates the continued hearing on March 10, 2011 and hereby denies the debtor's motion for valuation of debtor's residence and avoidance of trust deed lien, filed on January 9, 2011, without prejudice on grounds that the motion is not supported by competent valuation evidence.

//

//

//

1 | Debtor may refile the motion if it is supported by competent valuation evidence
2 | showing that the lien is unsecured.  The court does **not** rule upon the merits of the motion
3 | that debtor may obtain lien avoidance relief despite any lack of eligibility for a discharge
4 | in this Chapter 13 case.

5 | **IT IS SO ORDERED**.

6 | ###

DATED: March 14, 2011

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER VACATING HEARING AND DENYING WITHOUT PREJUDICE MOTION FOR SETTING PROPERTY VALUE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Richard M Haney
917 S. Emanuelle Cir.
Anaheim, CA 92808

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page